UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOGWATCH, INC., <br> a Massachusetts corporation, <br><br> Plaintiff, <br><br> v. <br><br> LACOSTE COMPANY, Inc., <br> a/k/a DOGWATCH HIDDEN FENCE <br> SYSTEMS OF SOUTH CAROLINA, <br> Inc. a South Carolina corporation, <br> and RODNEY LACOSTE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff DogWatch, Inc. ("DogWatch") hereby states that it is a Massachusetts Corporation. There are no publicly-held companies owning ten (10) percent or more of the stock of DogWatch. Furthermore, DogWatch has no parent company, and owns no subsidiaries.

Respectfully submitted,

DATED: March ___, 2005

CHOATE HALL & STEWART

By: _____
Todd L. Tisdale (BBO #655643)
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

*Attorneys for Plaintiff*
*DogWatch, Inc.*

3897218v1